IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2006 FEB 10 AM 9:59
OFFICE OF THE CLERK

IN RE: Criminal Cases

Receipt of the following government's criminal exhibits is herewith acknowledged:

| CASE NUMBER | CAPTION | HEARING DATE |
|---|---|---|
| 4:01cr62 | USA v. Eloy Moreno-Torres | 12/13/01 |
| 8:01cr65 | USA v. Danny Erdman | 08/02/01 |
| 4:01cr148 | USA v. Jeffrey Collins | 08/29/02 |
| 8:01cr200 | USA v. Clarence Nash & Rosalind Russell | 12/11/01 |
| 4:01cr216 | USA v. Larry Moos, Jr. | 08/01/03 |
| 4:01cr239 | USA v. Luis Lopez-Ramires | 12/21/01 |
| 4:01cr244 | USA v. Eddie Johnson | 04/08/02 |
| 4:01cr284 | USA v. Jose Garcia-Guzman | 07/01/02 |
| 4:01cr304 | USA v. Michael Seacord | 03/18/02 |
| 4:01cr309 | USA v. Michael Chenier | 02/11/02 |
| 4:01cr3009 | USA v. Terry Christensen | 05/28/02 |
| 4:01cr3012 | USA v. David Malone | 07/31/01 |
| 4:01cr3023 | USA v. Charles Knapp | 11/16/01 |
| 4:01cr3025 | USA v. Ricardo Ibarra | 08/28/01 |
| 4:01cr3026 | USA v. Alejandro Garcia | 08/07/01 |
| 4:01cr3031 | USA v. Jessica Carabajal | 07/16/01 |
| 4:01cr3034 | USA v. Salvador Ortega | 5/7/01; 8/27/02 |
| 4:01cr3034 | USA v. Gerson Nungaray-Beltran | 2/26/02 |
| 4:01cr3035 | USA v. Danny Kear | 06/19/01 |
| 4:01cr3043 | USA v. Mamadou Fofana | 11/27/01 |
| 4:01cr3051 | USA v. Robert Anderson | 09/14/01 |
| 4:01cr3052 | USA v. Jaime Quintana a/k/a Melecio Salazar | 6/8/01; 11/30/01 |
| 4:01cr3070 | USA v. Clint Robinson | 05/24/02 |
| 4:01cr3073 | USA v. Manuel Murillo-Carillo | 8/28/01; 1/23/02 |
| 4:01cr3086 | USA v. Isabel Delarosa-Beltran | 06/05/02 |
| 4:01cr3087 | USA v. Hilario Favela-Ramirez | 09/27/01 |
| 4:01cr3087 | USA v. Mariano Valles-Herrera | 05/31/02 |
| 4:01cr3105 | USA v. Lisa Mann | 12/17/02 |
| 4:01cr3110 | USA v. Raul Longoria | 03/05/02 |
| 4:01cr3122 | USA v. Jose Figueroa | 09/19/02 |
| 4:01cr3136 | USA v. James Spath | 04/01/02 |
| 4:02cr81 | USA v. Melvin Samayoa | 07/30/02 |
| 8:02cr277 | USA v. Richard Vieyra | 06/08/05 |
| 4:02cr3003 | USA v. Esteban Lopez | 5/20/02; 5/22/02 |
| 4:02cr3006 | USA v. Douglas House and Joyce House | 5/16/02; 1/2/03 |
| 4:02cr3008 | USA v. Salvador Galaviz-Luna | 11/19/02 |
| 4:02cr3016 | USA v. David Bockman | 06/18/02 |
| 4:02cr3020 | USA v. Rodrigo Rodriguez-Mendez | 12/19/02 |
| 4:02cr3021 | USA v. Juan Angulo-Guerrero | 04/03/02 |
| 4:02cr3222 | USA v. Jose Villegas-Olivas | 05/27/03 |
| 4:02cr3022 | USA v. Enrique Solano-Machuca | 03/26/02 |
| 4:02cr3025 | USA v. Kevin Cotton | 05/02/02 |

| | | |
|---|---|---|
| 4:02cr3027 | USA v. Mark Skoda | 08/27/02 |
| 4:02cr3033 | USA v. Scott Miller Sr. | 06/10/02 |
| 4:02cr3035 | USA v. Arna Gray | 06/06/02 |
| 4:02cr3044 | USA v. Michael Horbatko | 07/10/03 |
| 4:02cr3047 | USA v. Victor Wagner | 10/10/02 |

DATED this 10th day of February, 2006.

Assistant United States Attorney