IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:01CR309 |
| | ) | |
| vs. | ) | MOTION TO DESTROY |
| | ) | OR OTHERWISE DISPOSE |
| MICHAEL W. CHENIER, | ) | OF EXHIBITS |
| | ) | |
| Defendant. | ) | |

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, pursuant to NECrimR § 55.1(g)(3) and respectfully requests this Court issue an Order authorizing the United States to destroy or otherwise dispose of exhibits in the above captioned case and presently under the control of the United States Attorney's Office. In support of this Motion, the United States shows the Court as follows:

1. The United States District Court returned exhibits pertaining to defendant, Michael W. Chenier, to this office on February 10, 2006. (Filing No. 67). The United States has maintained custody of the following exhibits from the February 11, 2002, suppression hearing: Exhibit 1 - Affidavit and application for issuance of a search warrant, and Exhibit 2 - Photocopy of rights advisory form.

2. The defendant pled guilty, and was sentenced on November 25, 2002. (Filing No. 61). No timely appeal was filed.

3. The above exhibits have been retained at least thirty (30) days after the final disposition of the case.

**CONCLUSION**

The United States respectfully requests this Court issue an Order authorizing the United States to destroy or otherwise dispose of the above exhibits.

UNITED STATES OF AMERICA

MICHAEL G. HEAVICAN
United States Attorney
District of Nebraska

By: s/ Susan T. Lehr
SUSAN T. LEHR #19248
Assistant United States Attorney
First National Bank Building
1620 Dodge Street #1400
Omaha, NE 68102
Telephone: (402) 661-3700
Fax: (402) 345-5724
Email: susan.lehr@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

William C. Bracker

and hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: N/A.

s/ Susan T. Lehr
SUSAN T. LEHR
Assistant U.S. Attorney